THE BURLINGTON, KANSAS & SOUTHWESTERN RAILROAD COMPANY v. FRANK J. PETERS.

*Per Curiam:* The record in this case is the same as in *B. K. & S. W. Rld. Co. v. Gillen,* just decided.

The record is also challenged in this case as in that case, and for the same reasons.   Upon the authority of that case we cannot consider or review the errors alleged.   The judgment must therefore be affirmed.